IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 1597 and RANDY SCHWEITZER, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF BROKEN BOW, NEBRASKA, <br><br> Defendant. | 7:17-CV-5009 <br><br> **JUDGMENT** |

This matter is before the Court on the parties' Stipulation for Dismissal. Filing 63. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice, each party to bear its own fees and costs.

Dated this 30th day of December, 2019.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge